FILED
5/18/22 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)**

| | |
|---|---|
| IN RE: | |
| LORRAINE M. HILL | |
| DEBTOR | CHAPTER 13 |
| CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF THE NEW RESIDENTIAL MORTGAGE LOAN TRUST 2019-6 | NO. 19-24922-GLT |
| MOVANT | 11 U.S.C. Section 362 |
| VS. | |
| LORRAINE M. HILL, DEBTOR AND RONDA J. WINNECOUR, TRUSTEE | Related to Dkt. No. 50<br>Hearing: June 15, 2022  at  9 a.m. |
| RESPONDENTS | |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This day  18th  day of  May 2022,   upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion of Citibank, N.A., not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2019-6 is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362 with respect to premises, 140 Magnolia Street, Whitaker, PA 15120.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

_____
Gregory L. Taddonio     jah
United States Bankruptcy Judge

Case Administrator to serve:
Joshua L. Goldman, Esq.